SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail:  Sean_Kennedy@fd.org)
JENNIFER J. UYEDA (No. 238602)
Deputy Federal Public Defender
(E-mail:  Jennifer_Uyeda@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7524
Facsimile (213) 894-0081

Attorneys for Defendant
DAVID MOORE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID MOORE,<br><br>                    Defendant. | NO. 2:05-cr-00798-FMC-1<br><br>ORDER FOR APPOINTMENT OF COUNSEL |

          GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that  .

the Office of the Federal Public Defender is appointed to represent David Moore.


DATED:  September 4, 2008      _____
                                HONORABLE FLORENCE MARIE COOPER
                                United States District Judge


Presented by:

      \s\
_____
JENNIFER J. UYEDA
Deputy Federal Public Defender