```
                                                          Send-O
                                                FILED
                                        CLERK, U.S. DISTRICT COURT

                                              JUN 11 2010

                                        CENTRAL DISTRICT OF CALIFORNIA
                                        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 05-728 DDP |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| Juan Israel Camacho | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1.  The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  ( ) the safety of any person or the community.

///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   ( )  Defendant has failed to demonstrate by clear and
 3                   convincing evidence that he is not likely to pose
 4                   a risk to the safety of any other persons or the
 5                   community.  Defendant poses a risk to the safety
 6                   of other persons or the community based on:
 7              _____
 8              _____
 9              _____
10              _____
11              _____
12         B.   (✓)  Defendant has failed to demonstrate by clear and
13                   convincing evidence that he is not likely to flee
14                   if released.  Defendant poses a flight risk based
15                   on: _History of non-compliance / failure_
16              _to appear_____
17              _____
18              _____
19              _____
20
21        IT IS ORDERED that defendant be detained.
22
23   DATED:  _6/11/10_
24
25                                 _____
                                   HONORABLE JACQUELINE CHOOLJIAN
26                                 United States Magistrate Judge
27
28
```